1

2

3

4

5

6                  IN THE UNITED STATES DISTRICT COURT FOR THE

7                       EASTERN DISTRICT OF CALIFORNIA

8

9  JENNIFER KASPER, M.D.          )        No. CV-F-05-1419 OWW/DLB
                                  )
10                                )        ORDER GRANTING PLAINTIFF'S
                                  )        MOTION FOR VOLUNTARY
11              Plaintiff,        )        DISMISSAL (Doc. 17), DENYING
                                  )        PLAINTIFF'S MOTION TO STRIKE
12         vs.                    )        AS MOOT (Docs. 13-14),
                                  )        VACATING ORAL ARGUMENT SET
13                                )        FOR JUNE 26, 2006, AND
   GREGORY PAUL PULLEN,           )        DISMISSING ACTION WITHOUT
14 ROSEANN M. PULLEN, and DOES    )        PREJUDICE
   1 through 20,                  )
15                                )
                                  )
16              Defendants.       )
                                  )
17 _____)

18      By this action, plaintiff is seeking damages against

19 defendants for personal injuries sustained by plaintiff in an

20 automobile accident on September 20, 2005.  On April 17, 2006,

21 plaintiff's motion to strike defendants' answers was heard and

22 taken under submission pending plaintiff's decision whether to

23 dismiss this action.

24      Pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure,

25 plaintiff now moves to dismiss this action without prejudice and

26 without costs to any of the parties.  Plaintiff seeks voluntary

                                  1

1   dismissal of this action because plaintiff has settled her claim

2   for uninsured motorist benefits under her policy of automobile

3   insurance and assigned her rights against defendants to her

4   insurer to the extent of uninsured motorist benefits paid by her

5   insurer.  Plaintiff asserts that she does not believe further

6   prosecution of this action against the defendants will likely

7   result in any net recovery to plaintiff and that defendants will

8   suffer no prejudice from dismissal of this action.  Plaintiff has

9   noticed the motion for hearing on June 26, 2006.

10      Defendants, who are proceeding in pro per, have not filed an

11  opposition to this motion within the time prescribed in Rule 78-

12  230, Local Rules of Practice.

13      Plaintiff has demonstrated grounds for dismissal of this

14  action pursuant to Rule 41(a)(2) and there is no basis for

15  concluding that defendants will be prejudiced by the granting of

16  the motion.

17      ACCORDINGLY:

18      1.  Plaintiff's motion to strike defendants' answers is

19  denied as moot.

20      2.  Plaintiff's motion for voluntary dismissal of this

21  action without prejudice pursuant to Rule 41(a)(2), Federal Rules

22  of Civil Procedure is granted.

23      3.  This action is dismissed without prejudice and without

24  costs to any party.

25      4.  Oral argument set for June 26, 2006 is vacated.

26  ///

1      Dated: _June 15____, 2006

2

3                               /s/ OLIVER W. WANGER_____

4                                   OLIVER W. WANGER

5                      UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26